IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MORGEN KILE,

    Plaintiff,

v.                        No. 1:17-cv-01225-JDB-egb

PETER D'ANDREA, JOHANAS ROBERSON,
PETEZA PROSE, LLC, and
5 STAR PIZZA, INC.,

    Defendants.

---

### ORDER ON JOINT MOTION TO STAY

---

Before the Court is the Parties' Joint Motion to Stay in this matter. (Docket Entry 15.) For good cause shown, the Court hereby grants the parties' Motion and will stay this case pending the United States Supreme Court's ruling of three consolidated cases pertaining to the lawfulness of class action waivers in pre-dispute, mandatory arbitration agreements. *See Lewis v. Epic Sys. Corp.*, 823 F.3d 1147 (7th Cir. 2016), *cert. granted*, 137 S. Ct. 809 (2017).

    IT IS SO ORDERED this 20th day of April 2018.

                                        s/ J. DANIEL BREEN
                                        UNITED STATES DISTRICT JUDGE