IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MORGEN KILE,

    Plaintiff,

v.                                                                           No. 1:17-cv-01225-JDB-egb

PETER D'ANDREA, JOHANAS ROBERSON,
and PETEZA PROSE, LLC,

    Defendants.

---

ORDER LIFTING STAY AND
DIRECTING DEFENDANTS TO FILE RESPONSIVE PLEADINGS OR MOTIONS

---

On April 20, 2018, the Court granted the parties' April 18, 2018 "Joint Motion to Stay" this case pending the United States Supreme Court's decision in *Epic Sys. Corp. v. Lewis*, Nos. 16-285, 16-300, 16-307, 2018 WL 2292444 (U.S. May 21, 2018). (Docket Entry ("D.E.") 18; D.E. 15.) The Supreme Court released its opinion in *Lewis* on May 21, 2018, holding that "Congress has instructed in the [Federal] Arbitration Act that arbitration agreements providing for individualized proceedings must be enforced, and neither the Arbitration Act's saving clause nor the [National Labor Relations Act] suggests otherwise." 2018 WL 2292444, at *1. Accordingly, the stay is LIFTED. Defendants are ORDERED to file responsive pleadings or motions on or before fourteen days from the date of this order. *See* Fed. R. Civ. P. 12; (D.E. 15 at PageID 64).

IT IS SO ORDERED this 31st day of May 2018.

                                                       s/ J. DANIEL BREEN
                                                       UNITED STATES DISTRICT JUDGE